# Notice Recipients

District/Off: 1083–6     User: admin     Date Created: 1/24/2025
Case: 24–05023     Form ID: pdf020     Total: 2

**Recipients of Notice of Electronic Filing:**
aty     John M. Studtmann     john@studtmannlaw.com
aty     Ted E Knopp     tknopp@knopplaw.com

TOTAL: 2